FERGUSON, Appellant, v. BRUCKMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 29, 1898.) Action by Terrence F. Ferguson against Julius

F. Bruckman, Mary Bruckman, his wife, impleaded.

PER CURIAM. Judgment modified so as to direct that the receiver convert the assets of the partnership into money, pay expenses and costs, and then pay to the defendant $1,688.19, and divide the remainder of the fund, if any, equally between the parties hereto; and, if the fund shall be insufficient after applying the whole thereof to pay the whole of said sum of $1,688.19, then that the defendant recover of the plaintiff one-half of such deficiency; and, as modified, the judgment is affirmed, without costs of this appeal to either party. See 46 N. Y. Supp. 23, and 48 N. Y. Supp. 887.